1  CRAIG D. GUENTHER, ESQ.
   Nevada Bar No.: 6998
2  JAN LAUVER, ESQ.
   Nevada Bar No.: 3465
3  CRAIG D. GUENTHER, P.C.
   9127 W. Russell Road, Suite 220
4  Las Vegas, NV 89148
   702.492.7646
5  Fax: 702.492.7656
   craig@cdguentherlaw.com
6  jan@cdguentherlaw.com

7  Attorneys for DESERT MECHANICAL, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA, SOUTHERN DIVISION

11

| 12 | DESERT MECHANICAL, INC.,, | Case No. 2:15-cv-02298-GMN-CWH |
|---|---|---|
| 13 | Plaintiff, | STIPULATION AND ORDER STAYING ALL PROCEEDINGS PENDING MEDIATION |
| 14 | v. | |
| 15 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | |
| 16 | | |
| 17 | Defendant. | |

18

19       By and through their respective counsel, the parties hereby stipulate as follows.

20  WHEREAS:

21       Use-Plaintiff DESERT MECHANICAL, INC., commenced this action and filed its original

22  complaint on December 4, 2015.

23       Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA filed its

24  answer on December 28, 2015.

25       The parties in Case No. 2:15-cv-02150-RFB-PAL, entitled *United States of America for the Use and*

26  *Benefit of Gallagher-Kaiser Corp. v. Archer Western Contractors, Ltd.*, *etc.* ("GK Action") have entered into a

27  stipulation and order limiting discovery until April 30, 2016 and the GK Action involves the same

28  project and a portion of the claims in that action are the same as those in the instant action.

1   The parties herein believe that a mediation of the claims of these two related cases will be
2 scheduled prior to April 30, 2016.
3   The parties wish to avoid unnecessary litigation over the claims raised in this action prior to the
4 parties' attempts to resolve the dispute in an early mediation.
5   Toward this end, the parties stipulate that except for the entry of this Stipulation and Order
6 thereon all proceedings related to the Complaint shall be stayed until May 31, 2016.
7   IT IS FURTHER STIPULATED AND AGREED that all proceedings related to the
8 Complaint shall be stayed until May 31, 2016.

9 Dated this 11th day of February, 2016.                         Dated this 11th day of February, 2016.

10 CRAIG D. GUENTHER, P.C.                                       THE FAUX LAW GROUP

11

12 /s/ Jan Lauver                                                /s/ Kurt C. Faux
   CRAIG D. GUENTHER, ESQ.                                      KURT C. FAUX, ESQ.
13 Nevada Bar No. 6998                                           Nevada Bar No. 003407
   JAN LAUVER, ESQ.                                              WILLIE H. SIEPMANN, ESQ.
14 Nevada Bar No. 3465                                           Nevada Bar No. 002478
   CRAIG D. GUENTHER, ESQ.                                      JORDAN F. FAUX, ESQ.
15 Nevada Bar No. 6998                                           Nevada Bar No. 012205
   9127 W. Russell Road, Suite 220                               1540 W. Warm Springs Road, Suite 100
16 *Attorneys for Desert Mechanical, Inc.*                       Las Vegas, Nevada 89148
                                                                 Henderson, Nevada 89014
17                                                               *Attorneys for Travelers Casualty and Surety Company of*
                                                                 *America*
18

19 Dated this 11th day of February, 2016.

20 KRAFTSON CAUDLE

21                                                              IT IS SO ORDERED.
                                                                DATED: February 2, 2016
22 /s/ Larry W. Caudle, Jr.
   LARRY W. CAUDLE, JR., ESQ.
23 Admitted Pro Hac Vice
   Virginia Bar. No. 36769
24 BRAD C. FRIEND, ESQ.                                         _____
   Admitted Pro Hac Vice                                        UNITED STATES MAGISTRATE JUDGE
25 Virginia Bar No. 65462
   1600 Tysons Blvd., Ste. 250
26 McLean, Virginia 22102
   *Attorneys for Travelers Casualty and Surety Company*
27 *of America admitted Pro Hac Vice*

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

IT IS HEREBY ORDERED.

_____
United States District Court Magistrate Judge

Dated: _____

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certified that on the 11th day of February, 2016, a copy of the foregoing **STIPULATION AND ORDER STAYING ALL PROCEEDINGS PENDING MEDIATION** was served on all counsel of record via the United States District Court, District of Nevada's CM/ECF system.

                                                            <u>/s/ Carolyn R. Bott</u>
                                              An Employee of CRAIG D. GUENTHER, P.C.