UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESERT MECHANICAL, Inc, <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendant. | CASE NO. 2:15-cv-2298-GMW-CWH <br><br><br><br> **ORDER** |

On February 23, 2016, the Court entered an order (ECF No. 21) staying all proceedings related to the complaint until May 31, 2016, pending the outcome of the parties' mediation. The parties have not updated the Court on the status of the mediation.

IT IS THEREFORE ORDERED, that by July 28, 2016, the parties meet and confer and file a status report to inform the Court of the status of this case.

DATED: July 12, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge