# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESERT MECHANICAL, INC., | Case No. 2:15-cv-02298-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, N.A., ET AL., | |
| Defendants. | |

This matter is before the court on the parties' further joint status report (ECF No. 53), filed on December 31, 2020. The parties have notified the court that on or about October 28, 2020 the FAA's Office of Dispute Resolution for Acquisition ("ODRA") issued a final decision. The court finds that the stay in this case should be lifted. To the extent any party wishes to continue a stay, they should file a motion with appropriate points and authority to support that request.

IT IS THEREFORE ORDERED that the stay of litigation is LIFTED.

IT IS FURTHER ORDERED that the parties must meet and confer and file a proposed discovery plan and scheduling order by January 27, 2021.

DATED: January 7, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE