# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Gallagher-Kaiser Corporation,<br><br>　　Plaintiff<br><br>v.<br><br>Liberty Duct, LLC, et al.<br><br>　　Defendants | Case No.: 2:14-cv-00869-JAD-NJK |
| Desert Mechanical, Inc.,<br><br>　　Plaintiff<br><br>v.<br><br>Travelers Casualty and Surety Co. of America,<br><br>　　Defendant | Case No.: 2:15-cv-02298-GMN-DJA |
| Archer Western Contractors, LLC,<br><br>　　Plaintiff<br><br>v.<br><br>The Erection Company, Inc., et al.,<br><br>　　Defendants | Case No.: 2:17-cv-03032-GMN-NJK |
| Fisk Electric Company,<br><br>　　Plaintiff<br><br>v.<br><br>Archer Western Contractors, LLC,<br><br>　　Defendant | Case No.: 2:20-cv-02341-APG-BNW |

Archer Western Contractors, LLC,

    Plaintiff

v.

Gallagher-Kaiser Corporation, et al.,

Defendants

*and all other claims and parties*

Case No.: 2:21-cv-00402-APG-DJA

**TRANSFER ORDER**

These five cases, spread across three United States District Judges and two United States Magistrate Judges,[1] relate to the same construction projects: an air-traffic control tower and terminal radar approach control at McCarran International Airport. Motions to consolidate these cases into the earliest-filed action, *Gallagher-Kaiser Corporation v. Liberty Duct, LLC*, Case No. 2:14-cv-00869-JAD-NJK, have been filed, but a conflict prevents the judge assigned to that case from accepting transfer of some of the later-filed actions. Nevertheless, the undersigned judges have determined that assignment of these actions to a single district and magistrate judge would save substantial duplication of labor and is likely to effect a substantial savings of judicial effort. Therefore, Local Rule 42-1(a) permits the assigned judges to transfer these five cases to the jurists assigned the next-oldest related action, *Desert Mechanical, Inc. v. Travelers Casualty & Surety Company of America*, Case No.: 2:15-cv-02298-GMN-DJA.

---

[1] Two other seemingly related cases (2:12-cv-00612-MMD-NJK and 2:15-cv-02150-RFB-PAL) have already terminated and are not part of this transfer order.

2

IT IS THEREFORE ORDERED that **Case Nos. 2:14-cv-00869-JAD-NJK; 2:20-cv-02341-APG-BNW; and 2:21-cv-00402-APG-DJA are TRANSFERRED to United States District Judge Gloria M. Navarro and United States Magistrate Judge Daniel J. Albregts.**

Dated April 27, 2021

_____
U.S. District Judge Gloria M. Navarro

_____
U.S. District Judge Andrew P. Gordon

_____
U.S. District Judge Jennifer A. Dorsey