Martin L. Welsh, Esq. (NV State Bar #8720)
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-3444
E-mail: mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

And

Larry W. Caudle, Jr., Esq., Admitted Pro Hac Vice
Jonathan J. Straw, Esq., Admitted Pro Hac Vice
KRAFTSON CAUDLE
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
Telephone: (703) 873-5500
E-mail: lcaudle@kraftsoncaudle.com; jstraw@kraftsoncaudle.com

*Attorneys for ARCHER WESTERN CONTRACTORS, LLC*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DESERT MECHANICAL, INC.<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendant,<br><br>ARCHER WESTERN CONTRACTORS, LLC,<br><br>    Intervening Third-Party<br>    Defendant/Plaintiff,<br><br>v.<br><br>GALLAGHER-KAISER CORP.; ARCH INSURANCE COMPANY; FISK ELECTRIC COMPANY; SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Third-Party Defendants. | CASE NO.: 2:15-cv-02298-GMN-DJA<br><br>**AGREED STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER** |

The current deadline for the Joint Pretrial Order in this case is March 17, 2022. (ECF 105.) On February 23, 2022, the Court ordered the parties to participate in settlement conferences in this case and one of the other two related cases. Per the Notice of Related Cases filed in this case (ECF 73), the two

1

other related cases are: *Archer Western Contractors, LLC v. Gallagher-Kaiser Corporation, et al.* (Case No. 2:21-cv-00402-GMN-DJA) ("GK Lawsuit") and *Fisk Electric Company v. Archer Western Contractors, LLC, et al.* (Case No. 2:20-cv-02341-GMN-DJA) ("Fisk Lawsuit"). Currently, there is a Settlement Conference scheduled for this case on April 12, 2022 (ECF 110) and for the GK Lawsuit on May 4, 2022 (GK Lawsuit, ECF 32). Currently, there is no Settlement Conference scheduled in the Fisk Lawsuit. However, the cases are Related (ECF 73) and the Scheduling Orders in each Related case have set the same deadlines.

Considering the Court's Orders for Settlement Conferences and that successful settlement will avoid the need for any joint pretrial order, the Parties in this and the two related cases have agreed and hereby stipulate to this proposed order extending the deadline for the Joint Pretrial Order until 30 days after the Settlement Conference is conducted in this case. The Parties have agreed and request the 30-day extension rather than setting a date-certain because some of the Parties have conflicts with the current Settlement Conference dates. The Parties are conferring and will soon advise the court with more details and/or proposed alternate dates.

This time extension will conserve the resources of the parties and the court.

Respectfully Submitted,

DATED: March 1, 2022

| KRAFTSON CAUDLE | THE ALLISON LAW FIRM CHTD. |
|---|---|
|  */s/ Jonathan J. Straw* |  */s/ Heather C. Fleming* |
| LARRY W. CAUDLE, JR.<br>Admitted Pro Hac Vice<br>JONATHAN J. STRAW<br>Admitted Pro Hac Vice<br>1600 Tysons Boulevard, Suite 250<br>McLean, Virginia 22102<br>*Attorneys for Archer Western Contractors, LLC* | NOAH G. ALLISON (#6202)<br>HEATHER C. FLEMING (#14492)<br>3191 East Warm Springs Road<br>Longford Plaza East, Building 13<br>Las Vegas, Nevada 89120<br>*Attorneys for Desert Mechanical, Inc.,*<br>*Fisk Electric Company, and*<br>*Safeco Insurance Company of America* |
| LAW OFFICES OF HAYES & WELSH | PEEL BRIMLEY, LLP |
|  */s/ Martin L. Welsh* |  */s/ Steven D. Meacham* |
| MARTIN L. WELSH (#8720)<br>199 North Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Archer Western Contractors, LLC* | STEVEN D. MEACHAM (#9863)<br>3333 East Serene Avenue, Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Gallagher-Kaiser Corp. and*<br>*Arch Insurance Company* |

2

THE FAUX LAW GROUP

    */s/ Jordan F. Faux*
JORDAN F. FAUX (#12205)
2625 North Green Valley Pkwy, Suite 100
Henderson, Nevada 89014
*Attorneys for Travelers Casualty and Surety Company of America (Surety for Archer Western Contractors, LLC)*

**IT IS SO ORDERED.**

DATED: March 2, 2022

_____
U.S. MAGISTRATE JUDGE

3