MARTIN L. WELSH, ESQ. (NVB # 8720)
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
E-mail: mwelsh@lvlaw.com: k.bratton@hayesandwelsh.onmicrosoft.com

and

LARRY W. CAUDLE, JR., Admitted Pro Hac Vice
JONATHAN J. STRAW, Admitted Pro Hac Vice
KRAFTSON CAUDLE
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
Telephone:  (703) 873-5500
E-mail: lcaudle@kraftsoncaudle.com; jstraw@kraftsoncaudle.com

*Attorneys for Archer Western Contractors, LLC and*
*Travelers Casualty and Surety Company of America,*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DESERT MECHANICAL, INC. | CASE NOS.: |
| | 2:15-cv-02298-GMN-DJA |
| Plaintiff, | 2:20-cv-02341-GMN-DJA |
| | 2:21-cv-00402-GMN-DJA |
| v. | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | **STIPULATION OF DISMISSAL** |
| Defendant, | |
| ARCHER WESTERN CONTRACTORS, LLC, | |
| Intervening Third-Party Defendant/Plaintiff, | |
| v. | |
| GALLAGHER-KAISER CORP.; ARCH INSURANCE COMPANY; FISK ELECTRIC COMPANY; SAFECO INSURANCE COMPANY OF AMERICA, | |
| Third-Party Defendants. | |

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

**STIPULATION OF DISMISSAL**

Pursuant to the Parties' Joint Status Report (ECF 129), the Parties have agreed and counsel hereby jointly submits this Stipulation for Dismissal, With Prejudice of this consolidated lawsuit, Case Nos.: 2:15-cv-02298-GMN-DJA, 2:20-cv-02341-GMN-DJA, and 2:21-cv-00402-GMN-DJA.

Respectfully Submitted,

DATED: November 1, 2022

| | |
|---|---|
| KRAFTSON CAUDLE<br><br>_/s/ Jonathan J. Straw_<br>LARRY W. CAUDLE, JR.,<br>Admitted Pro Hac Vice<br>JONATHAN J. STRAW, Admitted Pro Hac Vice<br>1600 Tysons Boulevard, Suite 250<br>McLean, Virginia 22102<br>_Attorneys for Archer Western Contractors, LLC and Travelers Casualty and Surety Company of America_ | THE ALLISON LAW FIRM CHTD.<br><br>_/s/ Heather C. Fleming_<br>NOAH G. ALLISON (#6202)<br>HEATHER C. FLEMING (#14492)<br>3191 East Warm Springs Road<br>Longford Plaza East, Building 13<br>Las Vegas, Nevada 89120<br>_Attorneys for Desert Mechanical, Inc., Fisk Electric Company, and Safeco Insurance Company of America_ |
| LAW OFFICES OF HAYES & WELSH<br><br>_/s/ Martin L. Welsh_<br>MARTIN L. WELSH (#8720)<br>199 North Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074<br>_Attorneys for Archer Western Contractors, LLC and Travelers Casualty and Surety Company of America_ | PEEL BRIMLEY, LLP<br><br>_/s/ Steven D. Meacham_<br>STEVEN D. MEACHAM (#9863)<br>3333 E. Serene Avenue, Ste. 200<br>Henderson, Nevada 89074<br>_Attorneys for Gallagher-Kaiser Corp. and Arch Insurance Company_ |

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close the cases.

Dated this __1__ day of November, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739